UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. ESTES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND DOES 1-20, INCLUSIVE,<br><br>　　　　Defendant. | Case No. 13-CV-05960-JST<br><br>**[PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON THE REGENT'S MOTION TO TRANSFER VENUE**<br><br>**[The Honorable Judge Jon S. Tigar]**<br><br>**[Stipulation filed concurrently herewith]** |

IT IS HEREBY ORDERED that the Case Management Conference ~~and hearing on The Regents' Motion to Transfer Venue~~, currently scheduled to take place on August 28, 2014 is continued to September 17, 2014 at 2:00 p.m.

Though the parties reference a motion to transfer venue in the stipulation, no such motion has been filed.

///

///

///

1   SO ORDERED.

2   Dated:  July 23, 2014



BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

CASE NO. 3:13-CV-05960-JST
STIPULATION TO CONTINUE CMC AND
HRG ON MTN TO TRANSFER VENUE